IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:16-cr-00225-BO

UNITED STATES OF AMERICA :
:
v. :
:
LONNELLE ANTONIO ARRINGTON :
BRANDON DANIEL SLOAN :

FILED IN OPEN COURT
ON 6/20/2017
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

## ORDER AND JUDGMENT OF FORFEITURE

In the Criminal Indictment in the above action, the United States sought forfeiture of property of the defendants, pursuant to 21 U.S.C. § 853, as proceeds of or property facilitating the unlawful activity of the defendants as charged in the Criminal Indictment.

The defendant, Lonnelle Antonio Arrington, pled guilty to Counts Three and Four of the Criminal Indictment and agreed to forfeit the property listed in the Criminal Indictment, that is, $2,850.00, which represents proceeds the defendant personally obtained directly or indirectly as a result of the said offense, further agreeing to the entry of a money judgment for such amount, and a Glock 29 10mm pistol, SN: BBXW421.

The defendant, Brandon Daniel Sloan, pled guilty to Count One of the Criminal Indictment and agreed to forfeit the property listed in the Criminal Indictment, that is, $350.00, which

1

represents proceeds the defendant personally obtained directly or indirectly as a result of the said offense.

By virtue of the defendants' guilty pleas and agreement, the United States is now entitled to the defendants' interests in a total of $3,200.00 currency, pursuant to 21 U.S.C. § 853, and to possession of the firearm, pursuant to 21 U.S.C. § 853 and Fed. R. Crim. P. 32.2(b)(3);

Accordingly, it is hereby **ORDERED, ADJUDGED AND DECREED** that:

1. That based upon the agreement contained in the Memorandum of Plea Agreements as to the defendants, the United States is hereby authorized to seize the above-stated personal property, that is, a Glock 29 10mm pistol, SN: BBXW421, and it is hereby forfeited to the United States for disposition in accordance with the law, including destruction, as allowed by Fed. R. Crim. P. 32.2(b)(3);

2. Based upon the defendants' guilty pleas and agreement, the above-listed $3,200.00 currency is forfeited to the United States for disposition in accordance with the law; and

3. Any and all forfeited funds shall be deposited by the U. S. Department of Justice or the U. S. Department of the Treasury, as soon as located or recovered, into the U. S. Department of Justice's Assets Forfeiture Fund or the U. S. Department of the Treasury's Assets Forfeiture Fund in accordance with 28 U.S.C. § 524(c) and 21 U.S.C. § 881(e).

In respect to the dollar amount forfeited by the defendants but not in the possession of or its whereabouts known to the Government,

JUDGMENT is hereby entered against defendant LONNELLE ANTONIO ARRINGTON for $2,850.00 and against defendant BRANDON DANIEL SLOAN for $350.00.

In addition, upon sentencing and issuance of the Judgment and Commitment Order, the Clerk of Court is directed to incorporate a reference to this Order and Judgment of Forfeiture in the applicable section of the Judgment, as required by Fed. R. Crim. P. 32.2(b)(4)(B). In accordance with Fed. R. Crim. P. 32.2(b)(4)(A), this Order shall be final as to the defendant immediately.

SO ORDERED. This __30__ day of June, 2017.

_____
TERRENCE W. BOYLE
United States District Judge