UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Lonnelle Antonio Arrington        Docket No. 5:16-CR-225-1FL

**Petition for Action on Supervised Release**

COMES NOW Andrew B. Medley, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Lonnelle Antonio Arrington, who, upon an earlier plea of guilty to Distribute and Possess With Intent to Distribute a Quantity of Cocaine Base (Crack), in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C), and Distribute and Possess With Intent to Distribute 28 Grams or More of Cocaine Base (Crack), in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B), was sentenced by the Honorable Terrence W. Boyle, United States District Judge, on June 20, 2017, to the custody of the Bureau of Prisons for a term of 60 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for Life.

Lonnelle Antonio Arrington was released from custody on December 18, 2020, at which time the term of supervised release commenced.

On November 14, 2025, the case was re-assigned to the honorable Louise W. Flanagan, United States District Judge.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant is committed to showing the court that he is a prosocial and law-abiding individual. The defendant has expressed interest in Cognitive Based Intervention programming. The probation office has established that the defendant is a suitable candidate for the Moral Reconation Therapy program. Therefore, it is recommended that a cognitive behavioral therapy condition be added to assist him with addressing criminal thinking patterns and avoiding risky behavior in the future

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,        I declare under penalty of perjury that the foregoing is true and correct.

/s/ Melissa K. Lunsmann        /s/ Andrew B. Medley
Melissa K. Lunsmann        Andrew B. Medley
Supervising U.S. Probation Officer        U.S. Probation Officer
       310 New Bern Avenue, Room 610
       Raleigh, NC 27601-1441
       Phone: 984-212-1689
       Executed On: November 17, 2025

**Lonnelle Antonio Arrington**
**Docket No. 5:16-CR-225-1FL**
**Petition For Action**
**Page 2**

## ORDER OF THE COURT

Considered and ordered this \_\_\_18th\_\_\_ day of \_\_\_\_November\_\_\_\_, 2025, and ordered filed and made a part of the records in the above case.

_____
Louise W. Flanagan
United States District Judge